**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: GERAGE, FRANK J. § Case No. 119-45728
      GERAGE, BARBARA A. §
     §
     §
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 23, 2019. The undersigned trustee was appointed on September 23, 2019.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of     $   46,803.34

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 99.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 46,703.64 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/13/2020 and the deadline for filing governmental claims was 03/21/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,430.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,430.33, for a total compensation of $5,430.33.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2020           By: /s/GREGORY M. MESSER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 119-45728  
**Case Name:** GERAGE, FRANK J.  
GERAGE, BARBARA A.  
**Period Ending:** 10/29/20  

**Trustee:** (520670) GREGORY M. MESSER,TRUSTEE  
**Filed (f) or Converted (c):** 09/23/19 (f)  
**§341(a) Meeting Date:** 11/05/19  
**Claims Bar Date:** 10/13/20  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 47 Canon Drive, NY 10314-0000, Staten Island NY | 345,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2005 Ford Focus, 81,000 miles. Entire property v | 1,002.00 | 0.00 | | 0.00 | FA |
| 3 | bed, dining room table, couch, misc. | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 tvs,ipad, laptop, 2 cell phones | 950.00 | 0.00 | | 0.00 | FA |
| 5 | clothing, shirt, pants, misc. | 600.00 | 0.00 | | 0.00 | FA |
| 6 | ring, earrings | 200.00 | 0.00 | | 0.00 | FA |
| 7 | checking: Citibank ending in 3611 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | checking: TD Bank ending in 8443 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Int. in Ins. policies: North American Company Te | 0.00 | 0.00 | | 0.00 | FA |
| 10 | INHERITANCE FROM MOTHER'S ESTATE (u)<br>Debtor was holding in Chase Bank account. | 20,000.00 | 20,000.00 | | 46,803.34 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$370,752.00** | **$20,000.00** | | **$46,803.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/05/19 - The Trustee examined the Debtor at the Section 341a meeting.

11/8/19 - The Trustee filed a report of no distribution.

2/6/20 - The Trustee was advised that the Debtor's mother had passed away and he receive an inheritance within 6 months of the filing of the bankruptcy case.

3/11/20 - The Trustee brought on a motion to reopen the bankruptcy case to administer the asset.

4/28/20 - The Trustee's motion was granted by the Court

6/9/20 - Trustee reappointment.

7/8/20 - The Trustee made a demand for the turn over of the inheritance proceeds.

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 119-45728　　　　　　　　　　　　　　　　　　　**Trustee:**　　(520670)　　GREGORY M. MESSER,TRUSTEE
**Case Name:** GERAGE, FRANK J.　　　　　　　　　　　　　　　**Filed (f) or Converted (c):** 09/23/19 (f)
　　　　　　　GERAGE, BARBARA A.　　　　　　　　　　　　　**§341(a) Meeting Date:** 11/05/19
**Period Ending:** 10/29/20　　　　　　　　　　　　　　　　　　**Claims Bar Date:** 10/13/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Trustee brought on a motion to reopen to administer the inheritance as an asset of the estate..

**Initial Projected Date Of Final Report (TFR):**　　November 1, 2020　　　　**Current Projected Date Of Final Report (TFR):**　　November 1, 2020

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 119-45728  
**Case Name:** GERAGE, FRANK J.  
　　　　　　　GERAGE, BARBARA A.  
**Taxpayer ID #:** **-***3655  
**Period Ending:** 10/29/20  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Mechanics Bank  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $48,172,046.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/20 | {10} | FRANK J. GERAGE | TURN OVER OF INHERITANCE | 1229-000 | 11,473.37 | | 11,473.37 |
| 08/20/20 | {10} | FRANK J. GERAGE | TURN OVER OF INHERITANCE | 1229-000 | 35,329.97 | | 46,803.34 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 19.94 | 46,783.40 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 79.76 | 46,703.64 |
| | | | **ACCOUNT TOTALS** | | 46,803.34 | 99.70 | **$46,703.64** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 46,803.34 | 99.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,803.34** | **$99.70** | |

|  |  |
|---|---|
| Net Receipts : | 46,803.34 |
| Net Estate : | $46,803.34 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5766** | 46,803.34 | 99.70 | 46,703.64 |
| | **$46,803.34** | **$99.70** | **$46,703.64** |

# EXHIBIT C

## Case: 119-45728        GERAGE, FRANK J.

Claims Bar Date:   10/13/20

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | GREGORY M. MESSER,TRUSTEE<br>26 COURT STREET<br>SUITE 2400<br>BROOKLYN, NY 11242<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>09/23/19 | | $5,430.33<br>$5,430.33 | $0.00 | $5,430.33 |
| | LAW OFFICE OF GREGORY MESSER, PLLC<br>26 COURT STREET<br>SUITE 2400<br>BROOKLYN, NY 11242<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>09/23/19 | APPLICANT WILL NOT SEEK FEES IN THIS ESTATE. | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Vincent M. Lentini, Esq.<br>1129 Northern Blvd.<br>Ste 404<br>Manhasset, NY 11030<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/20 | | $17,637.00<br>$17,637.00 | $0.00 | $17,637.00 |
| 2 | TD Bank, N.A.<br>c/o Schiller Knapp Lefkowitz<br>& Hertzel LLP,950 New Loudon Road<br>Latham, NY 12110<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/15/20 | | $5,534.17<br>$5,534.17 | $0.00 | $5,534.17 |
| 3 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/16/20 | | $8,544.66<br>$8,544.66 | $0.00 | $8,544.66 |
| 4 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/30/20 | | $3,950.45<br>$3,950.45 | $0.00 | $3,950.45 |
| 5 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/30/20 | | $237.03<br>$237.03 | $0.00 | $237.03 |
| 6 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/12/20 | | $473.98<br>$473.98 | $0.00 | $473.98 |

Case 1-19-45728-ess    Doc 29    Filed 12/02/20    Entered 12/02/20 10:11:46

Printed: 10/29/20 05:35 PM                                                                                              Page: 2

# EXHIBIT C

### Case: 119-45728        GERAGE, FRANK J.

Claims Bar Date: 10/13/20

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/12/20 | | $608.18<br>$608.18 | $0.00 | $608.18 |
| 8 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/11/20 | | $2,690.82<br>$2,690.82 | $0.00 | $2,690.82 |
| 9 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/11/20 | | $8,259.92<br>$8,259.92 | $0.00 | $8,259.92 |
| 10 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/14/20 | | $133.78<br>$133.78 | $0.00 | $133.78 |
| 11 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/24/20 | | $3,763.08<br>$3,763.08 | $0.00 | $3,763.08 |
| 12 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/24/20 | | $3,099.09<br>$3,099.09 | $0.00 | $3,099.09 |
| 13 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/08/20 | | $257.18<br>$257.18 | $0.00 | $257.18 |
| 14 | Frank Tarulli<br>8322 14th Ave.<br>Brooklyn, NY 11228<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/08/20 | | $9,500.00<br>$9,500.00 | $0.00 | $9,500.00 |
| 15 | Matthew Funeral Home and Cremation Services, Inc.<br>2508 Victory Boulevard<br>Staten Island, NY 10314<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>10/14/20 | | $6,590.83<br>$6,590.83 | $0.00 | $6,590.83 |
| | | | **Case Total:** | | **$0.00** | **$76,710.50** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 119-45728
Case Name: GERAGE, FRANK J.
Trustee Name: GREGORY M. MESSER, TRUSTEE

**Balance on hand:** $ 46,703.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 46,703.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GREGORY M. MESSER, TRUSTEE | 5,430.33 | 0.00 | 5,430.33 |
| Attorney for Trustee, Fees - LAW OFFICE OF GREGORY MESSER, PLLC | 0.00 | 0.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 5,430.33
Remaining balance: $ 41,273.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 41,273.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | **$** | 0.00 |
|---|---|---|---|
|  | Remaining balance: | **$** | 41,273.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,689.34 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Vincent M. Lentini, Esq. | 17,637.00 | 0.00 | 11,252.83 |
| 2 | TD Bank, N.A. | 5,534.17 | 0.00 | 3,530.93 |
| 3 | Discover Bank | 8,544.66 | 0.00 | 5,451.69 |
| 4 | American Express National Bank | 3,950.45 | 0.00 | 2,520.48 |
| 5 | American Express National Bank | 237.03 | 0.00 | 151.23 |
| 6 | American Express National Bank | 473.98 | 0.00 | 302.41 |
| 7 | American Express National Bank | 608.18 | 0.00 | 388.03 |
| 8 | Citibank, N.A. | 2,690.82 | 0.00 | 1,716.81 |
| 9 | Citibank, N.A. | 8,259.92 | 0.00 | 5,270.02 |
| 10 | Department Stores National Bank | 133.78 | 0.00 | 85.35 |
| 11 | Citibank, N.A. | 3,763.08 | 0.00 | 2,400.93 |
| 12 | Citibank, N.A. | 3,099.09 | 0.00 | 1,977.29 |
| 13 | Synchrony Bank | 257.18 | 0.00 | 164.09 |
| 14 | Frank Tarulli | 9,500.00 | 0.00 | 6,061.22 |

|  | Total to be paid for timely general unsecured claims: | **$** | 41,273.31 |
|---|---|---|---|
|  | Remaining balance: | **$** | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 6,590.83 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Matthew Funeral Home and Cremation Services, Inc. | 6,590.83 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: **$** 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**