EXHIBIT F
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:
GERAGE, FRANK J.
GERAGE, BARBARA A.

Case No. 119-45728 ESS

Chapter 7

Debtor(s)

## CASE NARRATIVE

The Debtors filed a petition under Chapter 7 of the Bankruptcy Code on September 23, 2019 (the "Bankruptcy Code").   By Notice of Appointment Gregory Messer was appointed the Chapter 7 Trustee of the estate.  The Trustee examined the Debtor at the §341a meeting on The Trustee filed a no distribution report on November 8, 2019.

The Trustee has been advised that Debtor's mother passed away leaving an inheritance.  On March 11, 2020 the Trustee brought on a motion to reopen the case to demand the turn over of the non-exempt inheritance.  The motion was granted by order of the Court dated April 28, 2020.   The undersigned was reappointed the Chapter 7 Trustee and has been serving in that capacity.

The Trustee made a demand and the funds were turned over on August 20, 2020.  The Debtor turned over the sum of $46, 803.34.

The Trustee reviewed the claims and made and filed the final report.

Dated:   October 29, 2020

*/s/ Gregory Messer*
GREGORY M.  MESSER, Chapter 7 Trustee
LAW OFFICES OF GREGORY MESSER
26 COURT STREET
SUITE 2400
BROOKLYN, NY  11242
(718) 858-1474