United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                  Case No. 19-45728-ess
Frank J. Gerage                                                                                  Chapter 7
Barbara A. Gerage
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0207-1                      User: galaimo                              Page 1 of 3
Date Rcvd: Dec 02, 2020            Form ID: 224                           Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank J. Gerage, Barbara A. Gerage, 47 Canon Drive, Staten Island, NY 10314-7511 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| 9699317 | + | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 9864847 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9699319 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 9731016 | + | Ashley Joffe Premiere Commerce, 80 West 40th Street, Third Floor, New York, NY 10018-2682 |
| 9699324 | + | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 9699326 | + | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 9699327 | + | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 9699328 | + | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 9882552 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9699329 | + | Citibankna, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 9699331 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 9699332 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 9699335 | + | Frank Tarulli, 83-22 14th Avenue, Brooklyn, NY 11228-3116 |
| 9892850 | + | Frank Tarulli, 8322 14th Ave., Brooklyn, NY 11228-3116 |
| 9893996 | + | Matthew Funeral Home and Cremation Services, Inc., 2508 Victory Boulevard, Staten Island, NY 10314-6636 |
| 9752778 | #+ | Premier Commission LLC, 8 West 40th Street, Third Floor, New York, NY 10018-2279 |
| 9856770 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 9827798 | + | Vincent Lentini, 1129 Northern Blvd, Ste 404, Manhasset, NY 11030-3022 |
| 9829517 | + | Vincent M. Lentini, Esq., 1129 Northern Blvd., Ste 404, Manhasset NY 11030-3022 |
| 9699323 | | andrew heiberger, 41 Madison Avenue, Floral Park, NY 11001 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: LDUC@AOL.COM | Dec 02 2020 18:07:00 | Law Office of Gregory Messer PLLC, 26 Court Street, Suite 2400, Brooklyn, NY 11242-1124 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 02 2020 18:08:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 02 2020 18:07:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| 9699333 | | Email/Text: mrdiscen@discover.com | Dec 02 2020 18:06:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 9882998 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0207-1 | User: galaimo | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: 224 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 02 2020 18:07:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 9858783 | | Email/Text: mrdiscen@discover.com | Dec 02 2020 18:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 9699334 | + | Email/Text: dplbk@discover.com | Dec 02 2020 18:07:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 9699325 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 18:15:37 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 9892834 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 18:15:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 9699336 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 18:17:15 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 9699337 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 18:16:16 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 9699338 | | Email/Text: bankruptcy@td.com | Dec 02 2020 18:07:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9699318 | *+ | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 9864849 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9870338 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9870339 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9699320 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 9699321 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 9699322 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 9699330 | *+ | Citibankna, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory Messer | gremesser@aol.com  lduc@aol.com,gmesser@messer-law.com,mwilliams@messer-law.com,ny54@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0207-1 | User: galaimo | Page 3 of 3 |
| Date Rcvd: Dec 02, 2020 | Form ID: 224 | Total Noticed: 35 |

Gregory Messer
    on behalf of Attorney Gregory Messer  PLLC gremesser@aol.com,
    lduc@aol.com,gmesser@messer-law.com,mwilliams@messer-law.com,ny54@ecfcbis.com

Gregory Messer
    on behalf of Trustee Gregory Messer gremesser@aol.com
    lduc@aol.com,gmesser@messer-law.com,mwilliams@messer-law.com,ny54@ecfcbis.com

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

William P Bonomo
    on behalf of Debtor Frank J. Gerage nyattybill@aol.com
    karralbonomolaw@aim.com;affordablebankruptcy@verizon.net;bonomolaw@yahoo.com;lediazlaw@gmail.com;claudia@garantiscesufuturo.com;bonomowr58406@notify.bestcase.com

William P Bonomo
    on behalf of Joint Debtor Barbara A. Gerage nyattybill@aol.com
    karralbonomolaw@aim.com;affordablebankruptcy@verizon.net;bonomolaw@yahoo.com;lediazlaw@gmail.com;claudia@garantiscesufuturo.com;bonomowr58406@notify.bestcase.com

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Frank J. Gerage** | Social Security number or ITIN **xxx–xx–3723** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Barbara A. Gerage** | Social Security number or ITIN **xxx–xx–7627** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | | Date case filed for chapter **7   9/23/19** |
| Case number:   **1–19–45728–ess** | | |

## NOTICE OF HEARING OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

TO THE CREDITORS AND PARTIES IN INTEREST

**Notice is hereby given that:**

The final report of the trustee in this case, as set forth in the attached notice, has been filed and a hearing will be held by the court on:

**January 5, 2021 at 10:30 AM**

at

**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3585 – 3rd Floor, Brooklyn, NY 11201–1800**

The hearing will be held for the purpose of examining the final report of the trustee, acting on applications for compensation, and transacting such other business as may properly come before the court. **ATTENDANCE BY THE DEBTOR(S) AND CREDITOR(S) IS WELCOMED BUT NOT REQUIRED.**

Dated: December 2, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLfmn.jsp** [Final Meeting Notice rev. 02/01/17]